# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-cv-24659-ALTMAN/Lett

**RICHARD SANCRUZADO**,

    *Plaintiff*,

v.

**FLIPPS MEDIA, INC.**,

    *Defendant*.

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal [ECF No. 25] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on November 25, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record